UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden Vicinage)

| | |
|---|---|
| BMW AUTO SALES, INC., <br><br>Plaintiff, <br><br>v. <br><br>RED WOLF LOGISTICS, LLC; JOHN DOE(S) (1-10); ABC BUSINESS ENTITIES (1-10) (fictitious names), <br><br>Defendant(s)/Third Party Plaintiff(s), <br><br>v. <br><br>JHD TRUCKING, LLC; JOHN DOE(S) (1-10); ABC CORP(S) (1-10) (fictitious names), <br><br>Third Party Defendant(s). | Civil Action No.: 1:21-cv-14647 (JHR) (SAK) |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT/THIRD PARTY PLAINTIFF, RED WOLF LOGISTICS, LLC

Pursuant to F.R.C.P. 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for the defendant/third party plaintiff, Red Wolf Logistics, LLC, hereby makes and sets forth the following disclosure:

> Red Wolf Logistics, LLC is a non-governmental corporate party that exists and is organized under the laws of the State of Texas and is domiciled at 217 N. De Costa St., Fort Worth, Tarrant County, Texas 76111 and it is a privately owned non-stock company that is solely owned by Zachary Arnold.

CIPRIANI & WERNER, P.C.

*/s/ Marc R. Jones*

MARC R. JONES, ESQUIRE (NJ#016022001)
Attorneys for Defendant – Red Wolf Logistics, LLC
155 Gaither Drive – Suite B
Mount Laurel, NJ 08054
856-761-3800
mjones@c-wlaw.com

DATED:      August 6, 2021