UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden Vicinage)

| | |
|---|---|
| BMW AUTO SALES, INC., <br><br> Plaintiff, <br><br> v. <br><br> RED WOLF LOGISTICS, LLC; JOHN DOE(S) (1-10); ABC BUSINESS ENTITIES (1-10) (fictitious names), <br><br> Defendant(s)/Third Party Plaintiff(s), <br><br> v. <br><br> JHD TRUCKING, LLC; JOHN DOE(S) (1-10); ABC CORP(S) (1-10) (fictitious names), <br><br> Third Party Defendant(s). | Civil Action No.: 1:21-cv-14647 (JHR) (SAK) |

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO THIRD PARTY DEFENDANT, JHD TRUCKING, LLC _ONLY_**

**THIS MATTER** in difference in the above captioned matter between the third party plaintiff, Red Wolf Logistics, LLC ("Red Wolf"), and the third party defendant, JHD Trucking, LLC ("Third Party Defendant" or "JHD"), it is hereby STIPULATED and AGREED that the Third Party Plaintiff's, Red Wolf, Third Party Complaint is hereby dismissed WITHOUT PREJUDICE as to the Third Party Defendant, JHD Trucking, LLC, ONLY at this time as this Third Party Defendant was mistakenly included in this litigation; however, should discovery permit the re-filing of Third Party Plaintiff's claims as against JHD Trucking, LLC that same shall not be barred by any applicable Statute of Limitations, N.J.S.A. 2A:14-1, *et seq.* and/or the "entire controversy" doctrine as same are tolled by the filing of the within litigation.

                                        **CIPRIANI & WERNER, P.C.**

*/s/ Marc R. Jones*
_____
MARC R. JONES, ESQUIRE
Attorneys for Defendant – CS Trailer Rental, LLC

DATED:		August 13, 2021