# USPS Tracking®

FAQs >

## Track Another Package +

Tracking Number: 9214890252617700000251 1240

Remove X

Your item was delivered at 9:57 am on July 12, 2021 in FORT WORTH, TX 76155.

## ⊘ Delivered

July 12, 2021 at 9:57 am
FORT WORTH, TX 76155

Get Updates ⌄

Text & Email Updates ⌄

Return Receipt Electronic ⌄

Tracking History ⌄

Product Information ⌄

See Less ⌃

Feedback

### Can't find what you're looking for?

ATL-L-000855-21 06/27/2021 12:49:59 AM Pg 6 of 8 Trans ID: SCP20211163631

### CERTIFICATION PURSUANT TO RULE 1:38-7

I certify that Confidential personal identifiers have been redacted from documents now submitted to the court and will be redacted from all documents submitted in the future in accordance with R. 1:38-7(b).

### CERTIFICATION PURSUANT TO RULE 4:5-1

I hereby certify that to the best of my information, knowledge, and belief that the matter in controversy is not the subject of any other actions pending in any other court or other pending arbitration proceedings, that no other action or arbitration is contemplated, and I am not aware of any other person who should be joined in this matter.

### CERTIFICATION OF NOTICE

I certify, pursuant to N.J.S.A. 56:8-20, Plaintiff is mailing a copy of this Complaint to the Office of the Attorney General located at:

Division of Consumer Affairs
Office of the Attorney General
P.O. Box 45025
Newark, New Jersey 07101

### JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

Respectfully Submitted,

LENTO LAW GROUP, P.C.

By: _/s/ Joseph D. Lento_

JOSEPH D. LENTO, ESQUIRE
ATTORNEY ID: 013152008
*Attorney for Plaintiff*

Dated: June 27, 2021

ATL-L-     2015-1-21   05/27/2021 12:49:59 AM Pg 7 of   Trans ID: SCP20211163831

32. At all times relevant to this action, Defendants JOHN DOES 1-10 and ABC BUSINESS ENTITIES 1-10, are fictitious names for Defendants and entities whose identities are unknown at present, but who constitute persons, partnerships, joint ventures, corporations, associations, or other forms of private business entities, the identities of which are unknown at present, but who participated in the tortious actions of Defendants described herein, whether by way of their negligent failure to supervise, negligent failure to instruct and counsel, negligent participation in the acts complained of, agents, brokers or co-conspirators, and in other ways as yet undetermined.

33. As a direct and proximate result of the negligence and or tortious conduct of Defendants JOHN DOES 1-10 and ABC ENTITIES 1-10, Plaintiff has been caused to suffer, and in fact did suffer significant damages.

34. Plaintiff alleges an insufficient opportunity to determine the identity of all individuals or business entities whose actions or omissions may be potentially responsible in whole or in part for the damages incurred by Plaintiff.

35. As such, Plaintiff specifically reserves the right to name additional individuals or entities as Defendants in this action, when and if their identities become known to Plaintiff.

WHEREFORE, Plaintiff BWM AUTO SALES, INC. demands judgment against the Defendants JOHN DOES 1-10 and ABC ENTITIES 1-10, for general, compensatory, and punitive damages, reasonable attorney's fees and costs of suit with its interest, and any further relief which the court may deem equitable and just.

Red Wolf Logistics, LLC was founded in 2020. Extensive research and strategic planning paired with our knowledge of logistics, trucking and customer service led us to build this company. As a potential leader in the trucking industry, we pride ourselves on being a family based business that strives for prompt and personalized service. Every carrier we partner with trusts our ability to transport their items in an efficient and timely manner. Our standards and expectations allow us to provide secure transportation, unmatched customer service, and exponential annual growth.

28. Based upon the representation of Defendant RED WOLF LOGISTICS, LLC and others, of both an explicit and implicit nature, Plaintiff was reasonably induced into believing that Defendant, as an authorized Motor Property Commom Carrier, was capable of performing the automotive transport service Plaintiff sought to be performed, and further, and that Defendant could provide such services in a professional manner so as to not damage Plaintiff's Vehicle in transport.

29. As a result of these false, misleading and/or deceptive representations of the Defendant as alleged, Plaintiff has suffered an ascertainable monetary loss.

30. As an additional result of the actions and/or omissions of the Defendant, Plaintiff has been forced to incur legal fees in connection with recovering the monetary damages it has sustained.

WHEREFORE, Plaintiff BWM AUTO SALES, INC. demands judgment against the Defendant RED WOLF LOGISTICS, LLC, for general compensatory, and treble damages pursuant to N.J.S.A. 56:8-19, together with punitive damages, reasonable attorney's fees and costs of suit with interest and any further relief which the court may deem equitable and just.

### COUNT FOUR
### FICTITIOUS INDIVIDUALS AND ENTITIES
As to Defendants JOHN DOES 1-10 and ABC BUSINESS ENTITIES 1-10

31. Plaintiff repeats all of the allegations contained in the Complaint thus far above, and incorporates the same as if fully set forth at length herein.

22. Defendant breached this contract with the Plaintiff, however, in that Defendant failed to perform under the contract, specifically, through its failure to deliver the Vehicle without being damaged by Defendant in transport, as Plaintiff had bargained for.

23. As a result of Defendant's failure to perform under its contract with Plaintiff, Plaintiff sustained damages in that Plaintiff's Vehicle was damaged by Defendant's actions, causing Plaintiff to incur damages as alleged.

WHEREFORE, Plaintiff BWM AUTO SALES, INC. demands judgment against the Defendant RED WOLF LOGISTICS, LLC, for general, compensatory, and punitive damages, reasonable attorney's fees and costs of suit with interest, and any further relief which the court may deem equitable and just.

## COUNT THREE
## CONSUMER FRAUD
### As to Defendant Red Wolf Logistics, LLC

24. Plaintiff repeats all of the allegations contained in the Complaint thus far above, and incorporates the same as if fully set forth at length herein.

25. The types of services provided to Plaintiff by Defendant RED WOLF LOGISTICS, LLC are "merchandise" within the scope of the New Jersey Consumer Fraud Act, codified at N.J.S.A. 56:8-1 et seq., as defined at N.J.S.A. 56:8-1(e).

26. By engaging in the conduct as alleged above, Defendant has committed unconscionable commercial practices, deception, fraud, falsity, and/or misrepresentation in connection with the false representations and deceptive practices of the Defendant as described, in violation of the New Jersey Consumer Fraud Act.

27. Specifically, on the "About" tab of its company Facebook page, Defendant RED WOLF LOGISTICS, LLC advertises to the public the following:

ATL-DC-003454-21   06/27/2021 1...:59 AM Pg 4 of 8 Trans ID: SCP20211153831

15. Defendant has breached this duty of care with respect to the Plaintiff in that it failed to take due care in its execution of the automotive transport services Plaintiff contracted for.

16. But-for the failure to Defendant to exercise due care in the execution of the contracted-for automotive transport service, the damage incurred to Plaintiff's Vehicle would not have resulted.

17. It is reasonably foreseeable that the Plaintiff or another such customer could incur damages as a result of a Motor Property Common Carrier's inattentive or careless manner of transport.

18. Therefore, the failure of Defendant RED WOLF LOGISTICS, LLC to exercise due care commensurate with the heightened duty of a common carrier while undertaking the automotive transport services Plaintiff contracted for, was both the actual and proximate cause of Plaintiff's damages.

WHEREFORE, Plaintiff BWM AUTO SALES, INC. demands judgment against the Defendant RED WOLF LOGISTICS, LLC, for general, compensatory, and punitive damages, reasonable attorney's fees and costs of suit with interest, and any further relief which the court may deem equitable and just.

## COUNT TWO
## BREACH OF CONTRACT
### As to Defendant Red Wolf Logistics, LLC

19. Plaintiff repeats all of the allegations contained in the Complaint thus far above, and incorporates the same as if fully set forth at length herein.

20. Plaintiff contracted with Defendant RED WOLF LOGISTICS, LLC as alleged above for Defendant's automotive transport service.

21. Generally, Plaintiff contracted with Defendant such that Defendant would perform automotive transport of Plaintiff's Vehicle and that Plaintiff's Vehicle would arrive at its destination in reasonably the same condition it was in upon being picked up by Defendant.

7. On or about May 13, 2021, Defendant RED WOLF LOGISTICS, LLC. picked up the Vehicle from the Copart auction yard such that it could be transported to its intended destination at 9109 Galveston Road, Suite 5, Houston, Texas 77034.

8. The condition of the Vehicle, pre-pick up, was excellent; however, upon delivery of the Vehicle at said destination, however, the Vehicle was found to be severely damaged, with damages to the hood, front fender, and both front doors.

9. Following an inspection of the damages by Plaintiff's insurance company on or about May 24, 2021, Plaintiff was provided with a quote for the estimated cost of repairs to the Vehicle, totaling $5,266.69 after tax. Find this quote annexed hereto as **EXHIBIT "A"**.

10. Despite reasonable efforts by Plaintiff to amicably resolve this dispute with Defendant RED WOLF LOGISTICS, LLC, Defendant has, thus far, refused to reasonably negotiate with Plaintiff and settle Plaintiff's claim for damages arising from Defendant's conduct as alleged.

11. As a direct result of Defendant's unwillingness to amicably resolve this matter, Plaintiff has been forced to incur legal fees in connection with the instant litigation.

**COUNT ONE**
**PROFESSIONAL NEGLIGENCE**
As to Defendant Red Wolf Logistics, LLC

12. Plaintiff repeats all of the allegations contained in the Complaint thus far above, and incorporates the same as if fully set forth at length herein.

13. Defendant RED WOLF LOGISTICS, LLC holds itself out to the public as a professional automotive transport company and specifically, a Motor Property Common Carrier.

14. As such, Defendant owes a heightened duty of care to the public in the conduct of its business operations.

2. At all times relevant herein, Defendant RED WOLF LOGISTICS, LLC is, upon information and belief, a domestic limited liability company within the State of Texas and organized under the laws of said State, with a principal place of business believed to be 217 N. De Costa Street, Fort Worth, Texas 76111, and with a registered agent for service of process believed to be United States Corporation Agents, Inc. with a registered office for service of process believed to be located at 9900 Spectrum Drive, Austin, Texas 78717.

3. At all times relevant herein, Defendants, JOHN DOES 1-10 (fictitious names) and ABC BUSINESS ENTITIES 1-10 (fictitious entities), are believed to be individuals or entities whose actions or omissions contributed in some relevant and material way to the causes of action complained of herein. Plaintiff does not presently know the true identities of these Defendants, but will seek leave to amend the Complaint to properly name these Defendants after conducting discovery, should the need arise.

4. Jurisdiction is proper as Plaintiff has a principal place of business located within Atlantic County, New Jersey and venue is proper in Atlantic County Superior Court, Law Division, Special Civil Part as per R. 6:1-2 and R. 6:1-3.

## GENERAL ALLEGATIONS

5. Plaintiff BWM AUTO SALES, INC purchased a 2020 Ford Explorer ST (the "Vehicle") from Copart Auto Auction located at 565 Idlewild Road, Grand Prairie, Texas 75051 on or about May 9, 2021.

6. Defendant RED WOLF LOGISTICS, LLC, is an automotive transport trucking company and Motor Property Common Carrier operating under US DOT No. 3524663 and MC Operating Authority No. MC01172326.

ATL DC-000454-21   06/27/2021   12:49:52 AM   Pg 1 of 5   Trans ID: SCP20211163631

LENTO LAW GROUP, P.C.
JOSEPH D. LENTO, ESQUIRE
ATTORNEY ID: 01325200S
3000 ATRIUM WAY – SUITE 200
MOUNT LAUREL, NEW JERSEY 08054
(T) (856) 652-2000
(F) (856) 375-1010
jdlento@lentolawgroup.com
*Attorney for Plaintiff, BMW Auto Sales, Inc.*

| | |
|---|---|
| BMW AUTO SALES, INC. <br><br> *Plaintiff* <br><br> v. <br><br> RED WOLF LOGISTICS, LLC, JOHN DOES 1-10 (fictitious names), and ABC BUSINESS ENTITIES 1-10 (fictitious entities 1-10). <br><br> *Defendant(s)* | SUPERIOR COURT OF NEW JERSEY <br> ATLANTIC COUNTY <br> LAW DIVISION-SPECIAL CIVIL <br><br> DOCKET NO.: ATL-DC- <br><br> **CIVIL ACTION** <br><br> **COMPLAINT** |

Plaintiff, BMW AUTO SALES, INC. with an address of 309 E. White Horse Pike, City of Galloway, County of Atlantic, and State of New Jersey, by way of Complaint against the Defendants, RED WOLF LOGISTICS, LLC, JOHN DOES 1-10 and ABC BUSINESS ENTITIES 1-10, hereby state:

**PARTIES, JURISDICTION, & VENUE**

1.   At all times relevant herein, Plaintiff BMW AUTO SALES, INC. is a domestic for-profit corporation within the State of Delaware and incorporated under the laws of said State, with a corporate headquarters located at 2600 Ogletown Road, Building 3, Newark, Delaware 19713, but with a principal place of business located at TMX Finance at 309 E. White Horse Pike, Galloway, New Jersey 08205, and with a registered agent for service of process being Vladimir Senko, servable at the same Galloway address.

Estimate #: 221

Customer: BMW AUTO SALES INC

## Totals

| Type | Labor $ | Cost | Total | Taxable |
|---|---|---|---|---|
| Body Labor | 11.5 | $48.00 | $747.00 | ✓ |
| Paint Labor | 12.8 | $48.00 | $639.00 | ✓ |
| Paint Supplies | 12.9 | $35.00 | $451.50 | ✓ |
| OEM Parts | | | $1,009.37 | ✓ |

| | | |
|---|---|---|
| Taxable Amount | | $3,083.72 |
| Tax | 6.625% | $202.97 |
| Nontaxable Amount | | $0.00 |
| Grand Total | | $3,265.69 |

# Estimate

Est # 221
ID # 10731622

**P-Auto Repair, Inc.**
Mark Bodrynski
1817 Pennsylvania Avenue
Linden, NJ 07036
Business Phone: (908) 587-9028
pauto1817@gmail.com

**Owner**
BMW AUTO SALES INC
BMW Auto Sales Inc
vipbmwsale@netbot.com
(717) 377-2205
283 Ogletown Rd
Newark, DE 19713

**Shop Info**
License # 03P1A

**Insurance Company**
Inspection Date: 05/24/2021

**Vehicle Info**
2020 Ford Explorer ST
1FM5K8GT1LGA91188
Body Type: 4 Door Utility
Engine: 3.0L 6 Cyl Gas Injected Turbocharged
Drive Type: 4WD

| # | Ops | Description | Part Number | Price | Labor |
|---|---|---|---|---|---|
| **HOOD** | | | | | |
| 1 | Replace | HOOD PANEL | LB5Z-16612-A | $775.45 | 2.2 hrs. Body |
| | | | | | 2.7 hrs. Paint panel |
| | | | | | 1.6 hrs. Refinish |
| 2 | Replace | 1.1 hrs. Clearcoat, 0.5 hrs. Edging | | | 0.4 hrs. Body |
| 3 | Replace | HOOD ADHESIVE NAMEPLATE | LB5Z-9943528-H | $113.30 | 0.1 hrs. Body |
| | | L HOOD HINGE | LB5Z-16797-A | $67.26 | 0.5 hrs. Paint panel |
| | | | | | 0.2 hrs. Refinish |
| | | 0.2 hrs. Clearcoat | | | 0.6 hrs. Body |
| 4 | R&I | R&I HOOD ASSY | | | 0.3 hrs. Body |
| 5 | Replace | R HOOD HINGE | LB5Z-16798-A | $58.82 | 0.5 hrs. Paint panel |
| | | | | | 0.2 hrs. Refinish |
| | | 0.2 hrs. Clearcoat | | | |
| **FRONT FENDER** | | | | | |
| 6 | Repair | R FENDER PANEL | | | 3 hrs. Body |
| | | 2 hrs. Paint, 0.4 hrs. Adjacent Deduction | | | 1.8 hrs. Paint panel |
| | | 0.3 hrs. Clearcoat, 0.6 hrs. Edging | | | 0.6 hrs. Refinish |
| 7 | Repair | L FENDER PANEL | | | 3 hrs. Body |
| | | | | | 2 hrs. Paint panel |
| | | 0.6 hrs. Clearcoat | | | 0.6 hrs. Refinish |
| 8 | R&I | R FENDER PANEL | | | 2 hrs. Body |
| 9 | R&I | L FENDER PANEL | | | 0.4 hrs. Paint panel |
| | | | | | 3 hrs. Body |
| **FRONT DOOR** | | | | | |
| 10 | Bend | L RRT DOOR SHELL | | | 1.2 hrs. Refinish |
| | | 1.2 hrs. Blend | | | |
| 11 | Bend | R FRT DOOR SHELL | | | 1.2 hrs. Refinish |
| | | 1.2 hrs. Bend | | | |

# EXHIBIT "A"




ATL-DC-003454-21   06/27/2021 12:49:59 AM   Pg 1 of 2 Trans ID: SCP20211103631

**Superior Court of New Jersey**
Law Division, Special Civil Part
ATLANTIC County
Docket No: ATL-DC-003454-21

Civil Action

**CONTRACT DISPUTE**

Court's Address and Phone Number
ATLANTIC Special Civil Part
1201 BACHARACH BOULEVARD
ATLANTIC CITY, NJ 08401-4603
(609)402-0100

## YOU ARE BEING SUED!

Person or Business Suing You (*Plaintiff*)
BMW AUTO SALES, INC

**Plaintiff's Attorney Information**
JOSEPH D LENTO
LENTO LAW GROUP, P.C.
1000 ATRIUM WAY STE 200
MT LAUREL NJ 08054-4900
856-652-2000

Person or Business Being Sued (*Defendant*)
RED WOLF LOGISTICS, LLC

The Person or Business Suing You Claims You Owe the Following:

| | |
|---|---|
| Demand Amount | $15,000.00 |
| Filing Fee | $75.00 |
| Service Fee | $7.00 |
| Attorney's Fees | $1.00 |
| **TOTAL** | **$15,083.00** |

In this enclosed complaint, the person or business suing you hereby tells the Court his or her side of the dispute and how much money, her or she is claiming you owe. If you do not answer the complaint, you may lose the case automatically and the court may give the plaintiff what the plaintiff is seeking, plus interest and court costs. You have 35 days from the date of service to file your answer or a signed agreement. If a judgment is entered against you, a Special Civil Part officer either may seize your money, wages or personal property to pay all or part of the judgment. The judgment is valid for 20 years.

**DO YOU DISAGREE WITH THE PLAINTIFF'S CLAIM? A WRITTEN ANSWER OR SIGNED AGREEMENT MUST BE RECEIVED BY THE COURT ABOVE, ON OR BEFORE 08/03/2021 OR THE COURT MAY RULE AGAINST YOU. IF YOU DISAGREE WITH THE PLAINTIFF, YOU MUST DEPOSIT ONE OF THE FOLLOWING:**

1. *Answer the complaint:* An answer form must be purchased after filing fee for to check or money order made payable to: *Treasurer, State of New Jersey* Civil Part of Civil Law on the Judiciary's Webpage at the address on the notice or form. If you decide to file an answer to the complaint include:
   - Fill out the Answer form AND put the appropriate filing fee by check or money order, in the court's address listed above.
   - Include: ATL-DC-003454-21 (your Docket Number) on the check.
   - Mail or hand deliver to the courthouse.
   - Hand deliver or send by regular mail a copy of the Answer form and fee to the plaintiff's attorney. If the plaintiff does not have an attorney, send your completed Answer form to the plaintiff and certified mail. Try regular and certified mail. This MUST be done at the same time you file your Answer with the court on or before 08/03/2021

2. *Resolve the dispute:* Contact the plaintiff's attorney or the plaintiff to resolve this dispute. The plaintiff may agree to accept payment or some arrangement or agreement to the court's attention. Submit hearing record unless on or before 08/03/2021

Please Note: You may wish to get an attorney to represent you. If you cannot afford to pay for an attorney, free legal advice may be available by contacting Legal Services at (609)341-4210. If you can afford to pay an attorney but do not know one, you may call the Lawyers Referral Services of your county Bar Association at 609-345-3444. Note), the court rules of New Jersey do not permit an interpreter or an accommodation for a disability for any future court appearance.

s/ Michelle M. Smith
Clerk of the Superior Court




USPS CERTIFIED MAIL™

9214 8902 5251 7700 0002 5112 40

# NJ0000000
Atlantic City Div.
1601 Bacharach Blvd.
Atlantic City, NJ 08401

06001/08
RED WOLF LOGISTICS, LLC
217 N. DE COSTA STREET
FT. WORTH, TX 76111