# UNITED STATES DISCTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| BMW AUTO SALES, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>RED WOLF LOGISTICS, LLC, JOHN DOES 1-10 (fictitious names), and ABC BUSINESS ENTITIES 1-10 (fictitious entities), j/s/a,<br><br>*Defendants.* | Hon. Joseph H. Rodriguez, U.S.D.J.<br>Hon. Sharon A. King, U.S.M.J.<br><br>Case No. 1:21-cv-14647-JHR-SAK<br><br>**NOTICE OF MOTION TO REMAND PURSUANT TO 28 U.S.C. § 1447(c)** |

TO:   United States District Court
       District of New Jersey – Camden Vicinage
       Mitchell H. Cohen Building & U.S. Courthouse
       4th & Cooper Streets
       Camden, NJ 08101

       Marc R. Jones, Esq.
       Cipriani & Werner, P.C.
       155 Gaither Drive, Suite B
       Mount Laurel, NJ 08054
       *Attorney for Defendant, Red Wolf Logistics, LLC*

**PLEASE TAKE NOTICE** that on September 20, 2021, or as soon thereafter as counsel may be heard, Joseph D. Lento, Esq. of Lento Law Group, P.C., attorneys for the Plaintiff, BMW Auto Sales, Inc., will move before the Honorable Joseph H. Rodriguez, U.S.D.J., for an Order pursuant to 28 U.S.C. § 1447(c), remanding this action to the Superior Court of New Jersey in and for the County of Atlantic, and granting attorneys' fees and costs.

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the attached Brief and Certification of Counsel with Exhibits in support of this motion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Fed. R. Civ. P. 78, the undersigned requests that this matter be submitted to the Court for ruling on the papers unless opposition is filed, in which case, oral argument is specifically requested.

A proposed form of Order is annexed hereto.

Respectfully Submitted,

**LENTO LAW GROUP, P.C.**

Dated: <u>August 17, 2021</u>      _____
**JOSEPH D. LENTO, ESQUIRE**
**ATTORNEY ID: 013252008**
LENTO LAW GROUP, P.C.
ATTORNEY ID: 013252008
3000 ATRIUM WAY – SUITE 200
MOUNT LAUREL, NEW JERSEY 08054
(T) (856) 652-2000
(F) (856) 375-1010
jdlento@lentolawgroup.com
*Attorney for Plaintiff, BMW Auto Sales, Inc.*