## UNITED STATES DISCTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| BMW AUTO SALES, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>RED WOLF LOGISTICS, LLC, JOHN DOES 1-10 (fictitious names), and ABC BUSINESS ENTITIES 1-10 (fictitious entities), j/s/a,<br><br>*Defendants.* | Hon. Joseph H. Rodriguez, U.S.D.J.<br>Hon. Sharon A. King, U.S.M.J.<br><br>Case No. 1:21-cv-14647-JHR-SAK<br><br>**CERTIFICATION OF SERVICE** |

I hereby certify that on August 18, 2021, I electronically filed a Notice of Motion to Remand pursuant to 28 U.S.C. § 1447(c), a Memorandum of Law in Support of said Motion to Remand, a Certification of Counsel with Exhibits, a Proposed Form of Order, and this Certification of Service with the Clerk of the United States District Court for the District of New Jersey. I further certify that counsel of record will receive copies of these documents via CM/ECF and that I caused copies of these documents to be sent to the following attorney via regular mail:

Marc R. Jones, Esq.
Cipriani & Werner, P.C.
155 Gaither Drive, Suite B
Mount Laurel, NJ 08054
*Attorney for Defendant, Red Wolf Logistics, LLC*

I declare under penalty of perjury that the foregoing is true and correct.

Dated: <u>August 17, 2021</u>

LENTO LAW GROUP, P.C.

*/s/ Joseph D. Lento*
_____
JOSEPH D. LENTO, ESQUIRE
ATTORNEY ID: 013252008
LENTO LAW GROUP, P.C.
ATTORNEY ID: 013252008
3000 ATRIUM WAY – SUITE 200
MOUNT LAUREL, NEW JERSEY 08054
(T) (856) 652-2000
(F) (856) 375-1010
jdlento@lentolawgroup.com
*Attorney for Plaintiff, BMW Auto Sales, Inc.*