# UNITED STATES DISCTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| BMW AUTO SALES, INC.<br><br>*Plaintiff,*<br><br>v.<br><br>RED WOLF LOGISTICS, LLC, JOHN DOES 1-10 (fictitious names), and ABC BUSINESS ENTITIES 1-10 (fictitious entities), j/s/a,<br><br>*Defendants.* | Hon. Joseph H. Rodriguez, U.S.D.J.<br>Hon. Sharon A. King, U.S.M.J.<br><br>Case No. 1:21-cv-14647-JHR-SAK<br><br>**ORDER** |

**THIS MATTER** having been brought before the Court by Plaintiff, BMW Auto Sales, Inc., on a motion to remand pursuant to 28 U.S.C. § 1447(c) by Plaintiff's counsel, Joseph D. Lento, Esq., and the Court having considered the papers submitted herein, this matter being decided under Fed. R. Civ. P. 78, and for good cause shown,

**IT IS ORDERED** on this _____ day of _____, 2021, that Plaintiff's Motion to Remand to the Superior Court, Atlantic County, **GRANTED**; and

**IT IS FURTHER ORDERED** that the above action is **REMANDED** to the Superior Court of New Jersey, Atlantic County.

                                            _____
JOSEPH H. RODRIGUEZ, U.S.D.J.

[   ] OPPOSED
[   ] UNOPPOSED