# *EXHIBIT "B"*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden Vicinage)

| | |
|---|---|
| BMW AUTO SALES, INC., <br><br> Plaintiff, <br><br> v. <br><br> RED WOLF LOGISTICS, LLC; JOHN DOE(S) (1-10); ABC BUSINESS ENTITIES (1-10) (fictitious names), <br><br> Defendant(s)/Third Party Plaintiff(s), <br><br> v. <br><br> JHD TRUCKING, LLC; JOHN DOE(S) (1-10); ABC CORP(S) (1-10) (fictitious names), <br><br> Third Party Defendant(s). | Civil Action No.: |

## **NOTICE OF PETITION FOR REMOVAL FROM STATE COURT TO FEDERAL COURT**

TO:

Joseph D. Lento, Esquire
Lento Law Group, P.C.
3000 Atrium Way – Suite 200
Mount Laurel, NJ 08054
jdlento@lentolawgroup.com
**Attorneys for Plaintiff – BMW Auto Sales, Inc.**

      **PLEASE TAKE NOTICE** that the defendant, Red Wolf Logistics, LLC (hereinafter referred to collectively as "Defendant" or "Red Wolf"), herein files and submits this Notice of Removal from State Court to Federal Court in the above matter.

      The Notice of Petition for Removal is also being filed with the Superior Court of New Jersey – Special Civil Division – Atlantic County, pursuant to 28 U.S.C. §1331; 28 U.S.C. §1332; and 28 U.S.C. §1446 (d).

A motion to remove the case form New Jersey State Court to Federal Court will be filed after the Federal Court assigns this matter a Civil Action Number.

**CIPRIANI & WERNER, P.C.**

*/s/ Marc R. Jones*

MARC R. JONES, ESQUIRE (NJ#016022001)
Attorneys for Defendant – Red Wolf Logistics, LLC
155 Gaither Drive – Suite B
Mount Laurel, NJ 08054
856-761-3800
mjones@c-wlaw.com

DATED: August 5, 2021

2