# *EXHIBIT "D"*

THOMSON REUTERS
WESTLAW EDGE

Signout

Notifications

Search Tips >
Advanced >

Disclaimers · Help

All content · Enter terms, citations, databases, questions, anything …

LENTO · History · Folders · Favorites · Community · Pennsylvania >

Home > Company Investigator

← RED WOLF LOGISTICS LLC

Record   Report ▼

## RED WOLF LOGISTICS LLC

9900 SPECTRUM DR
AUSTIN, TX 78717



| | |
|---|---|
| Additional Entity Sources: | Corporate Filings - Secretary of State |
| Location of Incorporation: | TEXAS |
| FEIN: | 3207644392 |
| Registered Agent: | UNITED STATES CORPORATION AGENTS, INC |
| Filing Date: | 10/26/2020 |
| Filing Number: | 803808787 |
| Officers/Directors/Contacts: | ZACHARY ARNOLD, MANAGING MEMBER |

### QUICK ANALYSIS FLAGS

| | |
|---|---|
| OFAC: | No |
| Global Sanctions: | No |
| Bankruptcy Debtor or Creditor: | No |
| MSB: | No |
| Other Listings Linked to Business Phone: | No |

