**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**(Camden Vicinage)**

| | |
|---|---|
| BMW AUTO SALES, INC., <br><br> Plaintiff, <br><br> v. <br><br> RED WOLF LOGISTICS, LLC; JOHN DOE(S) (1-10); ABC BUSINESS ENTITIES (1-10) (fictitious names), <br><br> Defendant(s)/Third Party Plaintiff(s), <br><br> v. <br><br> JHD LOGISTICS, LLC; EXCELLENCE LIFESTYLE, LLC; RYION COOLEY; QUINTAE CONQUERS; CLIFFORD HUBBARD; JOHN DOE(S) (1-10); ABC CORP(S) (1-10) (fictitious names), <br><br> Third Party Defendant(s). | Civil Action No.: 1:21-cv-14647 (JHR) (SAK) |

**AFFIDAVIT OF SERVICE**

I, Marc R. Jones, Esquire, being duly sworn according to law, hereby depose and say that I caused a true and correct copy of the Complaint and Third Party Complaint in the above captioned action to be served upon Third Party Defendants, Rylon Cooley, Quintae Conquerors and Excellence Lifestyle, LLC. A true and correct copy of confirmation of delivery is attached hereto as Exhibit "A".

                                                            **CIPRIANI & WERNER, P.C.**

                                                            MARC R. JONES, ESQUIRE
                                                            Attorneys for Defendant/Third Party Plaintiff – Red Wolf Logistics, LLC
                                                            155 Gaither Drive – Suite B
                                                            Mount Laurel, NJ 08054
                                                            856-761-3800
                                                            mjones@c-wlaw.com

Dated:  January 27, 2022