**EXHIBIT A**

January 20, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 775794383597

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | J.THAMES | **Delivery Location:** | |
| **Service type:** | FedEx Standard Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery | | ARLINGTON, TX, |
| | | **Delivery date:** | Jan 20, 2022 12:19 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 775794383597 | **Ship Date:** | Jan 19, 2022 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**

ARLINGTON, TX, US,

**Shipper:**

Mount Laurel, NJ, US,

| | |
|---|---|
| **Reference** | 1801-82913NJ |
| **Purchase Order** | 4-6600-100 |

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

Thank you for choosing FedEx