## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **BMW Auto Sales, Inc.,** | : | **Hon. Joseph H. Rodriguez** |
| | : | |
| *Plaintiff*, | : | **1:21-cv-14647** |
| | : | |
| **v.** | : | |
| | : | |
| **Red Wolf Logistics, LLC; John Does 1-10, and** | : | |
| **ABC Business Entities 1-10** | : | **Order** |
| | : | |
| *Defendants*. | : | |

This matter having come before the Court on the Motion to Remand this case to the Superior Court of New Jersey, Atlantic County [Dkt. 10] filed by Plaintiff BMW Auto Sales, Inc.; and the Court having considered the written submissions of the parties; and for the reasons set forth in the Court's Opinion of even date,

IT IS on this 1st day of March 2022 hereby

ORDERED that Plaintiff's Motion to Remand [Dkt. 10] is granted; and it is further

ORDERED that the Clerk shall Remand this case to the Superior Court of New Jersey, Atlantic County for further proceedings.

/s/ Joseph H. Rodriguez

Hon. Joseph H. Rodriguez, USDJ