## UNITED STATES DISTRICT COURT
## for the District of New Jersey [LIVE]
## Camden, NJ

BMW AUTO SALES, INC.

                                        Plaintiff,

v.                                                       Case No.: 1:21−cv−14647−JHR−SAK

RED WOLF LOGISTICS, LLC, et al.

                                        Defendant.

Clerk, Superior Court of New Jersey
Atlantic County Courthouse
1201 Bacharach Boulevard
Atlantic City, NJ 08401

State No: ATL DC 3454 21

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                                       Very truly yours,

                                                       William T. Walsh, Clerk
                                                     By Deputy Clerk, alb

encl.
cc: All Counsel